**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7151**

ROBERT WILLIAM LOSE, JR.,

Plaintiff - Appellant,

v.

FELICIA BACORN, CPS Caseworker; CHILD PROTECTIVE SERVICES, DHHR; JENNIFER STEPHENS, Assistant Prosecuting Attorney; WESTOVER POLICE DEPARTMENT; JUDGE GAUJOT, Family Court Judge; ANDREW FRYE, Family Court Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00121-GMG-RWT)

Submitted:  January 17, 2023                                      Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert William Lose, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert William Lose, Jr., appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint after he failed to pay the initial partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lose v. Bacorn*, No. 3:22-cv-00121-GMG-RWT (N.D. W.Va. Sept. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*